PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Harold Ray Smith  Cr.: 16-00422-001
PACTS #: 2785593

Name of Sentencing Judicial Officer:  THE HONORABLE WILLIAM J. MARTINI
SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 02/16/2017

Original Offense:  Count One: Securities Fraud

Original Sentence: 24 months probation; $124,000 restitution; $100 Special Assessment

Special Conditions: Financial Disclosure, No New Debt/Credit, Self-Employment/Business Disclosure

Type of Supervision: Probation  Date Supervision Commenced: 02/16/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failure to satisfy restitution obligation. |

U.S. Probation Officer Action:

The probation office recommends the case expire as scheduled since the restitution order remains imposed as a final judgment. The offender has been instructed to make payments to the Clerk's Office. The Clerk's Office and the Financial Litigation Unit of the United States Attorney's Office will be informed of his near approaching expiration and the instruction to continue making payments.

Respectfully submitted,

By: Gisella M. Bassolino
U.S. Probation Officer
Date: 12/18/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Allow Supervised Release to Expire as Scheduled (as recommended by the Probation Office)

Signature of Judicial Officer

12/20/18
Date